# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 7 |
| Start Man Furniture, LLC, et al. | Case No.: 20-10553-CTG |
| Debtor. | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | **MEDIATION STATUS REPORT** |
| Plaintiff, | |
| v. | Adv. Proc. No.: 22-50197-CTG |
| Kith Furniture, LLC | |
| Defendant. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____    Mediation is scheduled to occur on _____.

_____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

\_\_X\_\_    OTHER:  The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: March 17, 2023                    Mediator

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal